■ CENTURY TOWER ASSOCIATES, Appellant, v STATE OF NEW YORK DIVISION OF HOUSING AND COMMUNITY RENEWAL et al., Respondents, and CENTURY TENANT'S ASSOCIATION et al., Intervenors-Respondents.—Order, Supreme Court, Bronx County (Barry Salman, J.), entered March 5, 1992, which dismissed a petition, in a proceeding pursuant to CPLR article 78 challenging respondent's denial of Petitions for Administrative Review (PAR) of 84 findings of willful overcharge, unanimously affirmed, without costs.

We have already determined that a rational basis exists for finding a garage rent overcharge and applying it to "all tenants of the building for whom garage service was provided in connection with the leasing or use of their apartment" *(Matter of Netherland Operating Corp. v Eimicke,* 135 AD2d

352, 353, *lv denied* 71 NY2d 802). The resulting 84 compliance orders, which were reviewed in the consolidated PAR challenged in this proceeding, similarly have a rational basis. The owner failed to disprove willful overcharge *(see, Matter of Metz v Division of Hous. & Community Renewal,* 113 AD2d 758).

We have considered the owner's remaining arguments and find them to be without merit. Concur—Sullivan, J. P., Carro, Wallach and Asch, JJ.